UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FITNESS RESOURCE ASSOCIATES, INC. | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Civil Action No. 05-10003-RGS |
| AEROBICS AND FITNESS ASSOCIATION OF AMERICA, INC. | ) ) ) | |
| Defendant. | ) ) | |

**ASSENTED TO MOTION OF DEFENDANT, AEROBICS AND FITNESS ASSOCIATION OF AMERICA, INC. TO EXTEND TIME FOR FILING RESPONSIVE PLEADING**

The defendant, Aerobics and Fitness Association of America, Inc. ("AFAA") moves with assent of the plaintiff to extend the time for filing a responsive pleading in this matter by thirty days. In support hereof, AFAA states that: (i) it is a California corporation with a principal place of business in California; (ii) the complaint was filed very recently, and the action was removed to this Court within the last week; (iii) the pleadings have yet to be forwarded to this Court by the state court from which the action was removed; (iv) an initial scheduling conference has not been scheduled or held by this Court; and (v) the plaintiff has assented to the request for extension.

L:\13345\000\Pld\03

|  |  |
|---|---|
|  | AEROBICS AND FITNESS ASSOCIATION OF AMERICA, INC. |
|  | By its attorneys, |
| January 14, 2005 | __/s/ Edward V. Colbert III_____<br>Richard J. Grahn (BBO#206620)<br>Edward V. Colbert III (BBO #566187)<br>LOONEY & GROSSMAN LLP<br>101 Arch Street<br>Boston, MA  02110<br>(617) 951-2800 |

ASSENTED TO:

FITNESS RESOURCE ASSOCIATES, INC.

By its attorney,

__\s\ (EVC)_____
Gregg S. Blackburn (BBO#044430)
Casner & Edwards, LLP
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

L:\13345\000\Pld\03