**CASNER & EDWARDS,** LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

January 18, 2005

Clerk's Office - Clerk
United States District Court
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   *Fitness Resource Associates, Inc. v Aerobics and Fitness Association of America, Inc.*
      U.S. District Court No.: 05-10003RGS

Dear Sir/Madam:

Enclosed please find for docketing and filing:

1. Assented to Motion of Plaintiff, Fitness Resource Associates, Inc. to Extend Time for Responding to Motion of Defendant Aerobics and Fitness Association of America, Inc. to Transfer Venue.

Thank you for your attention to this matter.

Very truly yours,

/s/ Gregg S. Blackburn

Gregg S. Blackburn

GSB:ml
Enclosure
5880.3/342587.1

cc:   Edward V. Colbert, III, Esq. (w/encl.) (via electronically)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 05-10003RGS

| | |
|---|---|
| FITNESS RESOURCE ASSOCIATES, INC. | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| AEROBICS AND FITNESS ASSOCIATION OF AMERICA, INC. | : |
| | : |
| Defendant | : |

## ASSENTED TO MOTION OF PLAINTIFF, FITNESS RESOURCE ASSOCIATES, INC. TO EXTEND TIME FOR RESPONDING TO MOTION OF DEFENDANT AEROBICS AND FITNESS ASSOCIATION OF AMERICA, INC. TO TRANSFER VENUE

The plaintiff, Fitness Resource Associates, Inc. ("FRA"), moves with the assent of the defendant to extend the time for filing a responsive pleading to the motion of defendant, Aerobics and Fitness Association of America, Inc. ("AFAA") to transfer venue, which was filed on January 11, 2005. A responsive pleading would be due under Local Rule 7.1(B) on January 25, 2005. At the time the motion was received, counsel for FRA had pre-existing plans to be out of state from January 22, 2005 to January 27, 2005, leaving insufficient time to prepare a proper response. Plaintiff seeks until Friday, February 4, 2005 to respond.

FRA further states that the action was removed to this Court on January 3, 2005, and the pleadings have yet to be forwarded to this Court by the Norfolk Superior Court

5880.3/342520

where the action was filed. No initial scheduling conference has been scheduled or held by the Court, and the defendant has assented to the request for extension.

>Respectfully submitted,

>FITNESS RESOURCE ASSOCIATES, INC.
>By its attorney,

>_____/s/ Gregg S. Blackburn_____
>Gregg S. Blackburn (BBO# 044430)
>CASNER & EDWARDS, LLP
>303 Congress Street, 2nd Floor
>Boston, MA 02210
>(617) 426-5900

Dated: January 18, 2005

ASSENTED TO:

Respectfully submitted,

AEROBICS AND FITNESS ASSOCIATION
OF AMERICA, INC.
By its attorney,

___/s/ (EVC)_____
Edward V. Colbert, III (BBO# 566187)
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110-1112
(617) 951-2800