UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FITNESS RESOURCE ASSOCIATES, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AEROBICS AND FITNESS ASSOCIATION )<br>OF AMERICA, INC. )<br>)<br>Defendant. )<br>) | Civil Action<br>No. 05-10003-RGS |

**AEROBICS AND FITNESS ASSOCIATION OF AMERICA, INC.'S CERTIFICATION
PURSUANT TO LOCAL RULE 16.1(D)(3)**

The defendant/plaintiff-in-counterclaim, Aerobics and Fitness Association of America, Inc. ("AFAA"), and its counsel hereby certify, in accordance with the provisions of Local Rule 16.1(D)(3), that they have conferred:

(a) with a view to establishing a budget for the cost of conducting a full-course - and various alternative courses - of the litigation; and

(b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

AEROBICS AND FITNESS ASSOCIATION OF
AMERICA, INC.

_/s/ Linda Pfeffer_
Linda Pfeffer, President

By its attorneys,

_/s/ [signature]_
Richard J. Grahn (BBO#206620)
Edward V. Colbert III (BBO #566187)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

L:\1837\008\Pld\13.doc