UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FITNESS RESOURCE ASSOCIATES, INC.  )<br>  )<br>      Plaintiff,  )<br>v.  )<br>  )<br>AEROBICS AND FITNESS ASSOCIATION  )<br>OF AMERICA, INC.  )<br>  )<br>      Defendant.  )   | Civil Action<br>No. 05-10003-RGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

By the signatures of their attorneys of record to this document, the parties to this action stipulate to the dismissal of all claims set forth in the complaint and in the counterclaim, with prejudice. All rights of appeal are waived, and the parties shall bear their own costs.

Respectfully submitted,

FITNESS RESOURCE ASSOCIATES, INC.          AEROBICS AND FITNESS
                                                                                  ASSOCIATION OF AMERICA, INC.

By its attorney,                                                       By its attorneys,

 /s/ Gregg Blackburn                                            /s/ Edward V. Colbert III
Gregg Blackburn (BBO #044430)                        Richard J. Grahn (BBO#206620)
Casner & Edwards LLP                                       Edward V. Colbert III (BBO#566187)
303 Congress Street                                           LOONEY & GROSSMAN, LLP
Boston, MA 02210                                              101 Arch Street
(617) 426-5900                                                    Boston, Massachusetts 02110
                                                                              (617) 951-2800

DATED: December 13, 2005

13345.000/pl/23

13345.000/pl/16                                  2